**JAMES E. SEYKORA**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT  59103
2929 Third Ave. North, Suite 400
Billings, MT  59101
Phone:  (406) 657-6101
FAX:  (406) 657-6989
Email: jim.seykora@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
BILLINGS DIV.
2011 APR 25  AM 11 10
By _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 11- 47 BLG- RFC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE METHAMPHETAMINE  (Count I) |
| GUILLERMO RENOVA-HERNANDEZ *aka George Renova*, | Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $4,000,000 fine, and at least five years supervised release) |
| Defendant. | |

1

| | |
|---|---|
| | **POSSESSION WITH INTENT TO DISTRIBUTE/ DISTRIBUTION OF METHAMPHETAMINE (Counts II and III)** Title 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 (Penalty: Mandatory minimum ten years to life imprisonment, $4,000,000 fine, and at least five years supervised release) **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE MARIJUANA (Count IV)** Title 21 U.S.C. § 846 (Penalty: Mandatory minimum five to forty years imprisonment, $2,000,000 fine, and at least four years supervised release) **POSSESSION WITH INTENT TO DISTRIBUTE/DISTRIBUTION OF MARIJUANA (Counts V - VI)** Title 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 (Penalty: Not more than twenty years imprisonment, $1,000,000 fine, and at least three years supervised release) **FORFEITURE** 21 U.S.C. § 853 **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |

**THE GRAND JURY CHARGES:**

## COUNT I

That on or about an unknown date believed to be in 2000 and before and continuing thereafter to the present, at Big Horn County, and Billings, in the State and District of Montana, and elsewhere, the defendant, GUILLERMO RENOVA-HERNANDEZ *aka George Renova*, and others known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed to possess with the intent to distribute and distribute, in violation of 21 U.S.C. § 841(a)(1), over 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about an unknown date believed to be in 2006 and before and continuing thereafter to the present, at Big Horn County and Billings, in the State and District of Montana, the defendant, GUILLERMO RENOVA-HERNANDEZ *aka George Renova*, did knowingly and unlawfully possess with intent to distribute over 500 grams of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT III

That on or about an unknown date believed to be in 2006 and before and continuing thereafter to the present, at Big Horn County and Billings, in the State and District of Montana, the defendant, GUILLERMO RENOVA-HERNANDEZ *aka George Renova*, did knowingly and unlawfully distribute over 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

## COUNT IV

That on or about an unknown date believed to be in 2000 and before and continuing thereafter to the present, at Big Horn County and Billings, in the State and District of Montana, and elsewhere, the defendant, GUILLERMO RENOVA-HERNANDEZ *aka George Renova*, and others known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed to possess with the intent to distribute and distribute, in violation of 21 U.S.C. § 841(a)(1), over 100 kilograms

of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 846.

## COUNT V

That on or about an unknown date believed to be in 2006 and before and continuing thereafter to the present, at Big Horn County and Billings, in the State and District of Montana, the defendant, GUILLERMO RENOVA-HERNANDEZ *aka George Renova*, did knowingly and unlawfully possess with intent to distribute over 50 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT VI

That on or about an unknown date believed to be in 2006 and before and continuing thereafter to the present, at Big Horn County and Billings, in the State and District of Montana, the defendant, GUILLERMO RENOVA-HERNANDEZ aka George Renova, did knowingly and unlawfully distribute over 50 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I

controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

## FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged in Counts I through VI of this Indictment, defendant GUILLERMO RENOVA-HERNANDEZ aka George Renova, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

1. A sum of money equal to at least $500,000.00 in United States currency, representing the amount of proceeds obtained as a result of the offense, conspiracy to possess with intent to distribute and distribute methamphetamine and/or marijuana and/or possession with intent to distribute or distribute methamphetamine and/or marijuana for which the defendant is liable.

2.      All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located in Big Horn County, Montana, more particularly described as:

S28 and S34, T02, R33 E, Acres 68.067,
NW 4 Less COS 484M (-26.235 AC) &
Less AMND COS 583A (CB) (-65.698 AC) 68.067 ac +/-

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

_____
KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons _____
Warrant: ✓ _____
Bail: none set